# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THE CITY OF SLIDELL,
LOUISIANA; ST. TAMMANY
PARISH GOVERNMENT; PHILIP M.
SALVAGGIO, JR.; DOUGLAS
JEROME REKER; CHARLES F.
WALKER

VERSUS

CHURCHILL DOWNS LOUISIANA
HORSERACING COMPANY, LLC;
THE STATE OF LOUISIANA; CMH
SLIDELL, LLC

NO.   2023 CW 1274

**FEBRUARY 16, 2024**

---

In Re:    The City of Slidell, Philip M. Salvaggio, Jr., Douglas
          Jerome Reker, and Charles F. Walker, applying for
          supervisory writs, 22nd Judicial District Court,
          Parish of St. Tammany, No. 2023-10848.

---

**BEFORE:    WELCH, WOLFE, AND STROMBERG, JJ.**

**STAY DENIED; WRIT DENIED.**

                              **JEW**
                              **EW**
                              **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY/CLERK OF COURT
FOR THE COURT